UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ELIZABETH ATKINSON )<br>           Plaintiff, )<br> )<br>v. )<br> )<br> )<br>DUKE RALEIGH HOSPITAL and )<br>GO RALEIGH )<br> )<br>           Defendants. ) | **JUDGMENT**<br><br>No. 5:24-CV-423-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 24, 2025, and for the reasons set forth more specifically therein, it is ordered that defendants' motions to dismiss are GRANTED. Plaintiff's complaint (DE 1-2) is DISMISSED for failure to state a claim pursuant to Rule 12(b)(6) as to defendants Duke and RATP and DISMISSED WITHOUT PREJUDICE for lack of personal jurisdiction pursuant to Rule 12(b)(2) as to defendant Raleigh.

**This Judgment Filed and Entered on February 24, 2025, and Copies To:**
Elizabeth Atkinson (via US mail) 220 Snow Avenue, Raleigh, NC 27603
Jeremy Daniel Locklear (via CM/ECF Notice of Electronic Filing)


February 24, 2025        PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K.Collins
                                  (By) Sandra K. Collins, Deputy Clerk